UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 14-_____
_____

In re
DZHOKHAR TSARNAEV,
Petitioner
_____

## MOTION TO SUBMIT MATERIALS UNDER SEAL

Pursuant to Rule 11.0(c) of the Rules of this Court, Petitioner, Dzhokhar Tsarnaev, requests that this Court grant leave to file certain portions of his Second Petition for Mandamus and certain supporting materials under seal.

As grounds for this motion undersigned counsel state the following:

1. The portions of the petition sought to be filed under seal contain information placed under seal by the district court. Petitioner is submitting an unredacted petition for filing under seal and a redacted version for public filing.

2. The supporting materials sought to be filed under seal are materials placed under seal by the district court. These consist of juror

questionnaires and sealed pleadings.

> Respectfully submitted,
>
> DZHOKHAR TSARNAEV
> by his attorneys,
>
> /s/ Judith Mizner
> Judith Mizner (1st Cir. No. 11056 )
> William W. Fick (1st Cir. No. 82686)
> FEDERAL PUBLIC DEFENDER OFFICE
> 51 Sleeper Street, 5th Floor
> Boston, MA 02210
> (617) 223-8061
> JUDITH_MIZNER@FD.ORG
> WILLIAM_FICK@FD.ORG

## **CERTIFICATE OF SERVICE**

I, Judith Mizner, hereby certify that I have caused this document to be served by e-mail PDF upon counsel for the United States, William Weinreb, Aloke Chakravarty, Nadine Pellegrini, and Steve Mellin, on this 3rd day of February, 2015.

> /s/ Judith Mizner