15-1170

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. ~~14-~~_____

_____

In re
DZHOKHAR TSARNAEV,
Petitioner

_____

# EMERGENCY MOTION TO STAY
# JURY SELECTION IN THE DISTRICT COURT

Pursuant to Fed. R. App. P. 8, defendant-petitioner, Dzhokhar Tsarnaev, by and through counsel, respectfully moves to stay the ongoing jury selection in the District Court in the underlying case of *United States v. Tsarnaev*, No. 13-CR-10200-GAO, pending disposition in this Court of Mr. Tsarnaev's Second Petition for Mandamus.

In support of this motion, and as set out in the contemporaneously filed Second Petition for Mandamus, petitioner states the following:

1. Mr. Tsarnaev is charged by multi-count indictment with offenses arising from the 2013 bombing of the Boston Marathon and its aftermath that may result in imposition of the death penalty.

2. Mr. Tsarnaev has today filed in this Court a Second Petition for Mandamus requesting that this Court order the district court to grant a change of venue or, in the alternative, that this Court order a stay of the ongoing jury

selection until the District Court rules on pending venue motions and, if those motions are denied by the District Court, until this Court rules on the change of venue relief requested.

3. Contemporaneously with the filing of his Petition for Mandamus, Mr. Tsarnaev is filing a Motion to Stay Jury Selection in the district court.

4. Mr. Tsarnaev incorporates by reference the arguments and authorities set forth in the Second Petition for Mandamus. A change of venue is necessary to protect Mr. Tsarnaev's rights to a fair trial by an impartial jury.

5. A stay would promote judicial economy and assist in assuring public confidence in the fairness of the proceedings, a confidence that has been questioned in recent media publications.

>Respectfully submitted,
>
>DZHOKHAR TSARNAEV
>by his attorneys,
>
>/s/ Judith Mizner
>Judith Mizner (1st Cir. No. 11056 )
>William W. Fick (1st Cir. No. 82686)
>FEDERAL PUBLIC DEFENDER OFFICE
>51 Sleeper Street, 5th Floor
>Boston, MA 02210
>(617) 223-8061
>JUDITH_MIZNER@FD.ORG
>WILLIAM_FICK@FD.ORG

## **CERTIFICATE OF SERVICE**

    I, Judith Mizner, hereby certify that I have caused this document to be served by e-mail PDF upon counsel for the United States, William Weinreb, Aloke Chakravarty, Nadine Pellegrini, and Steve Mellin, on this 3rd day of February, 2015.

                                            /s/ Judith Mizner