# United States Court of Appeals
## For the First Circuit

No. 15-1170

IN RE: DZHOKHAR TSARNAEV

Petitioner

**ORDER OF COURT**

Entered: February 3, 2015

    Petitioner has filed an application for a writ of mandamus and a motion to stay ongoing jury empanelment in the district court. The government is hereby ordered to file a response to the petition and motion to stay by no later than 5:00 p.m. on February 5, 2015.

By the Court:

/s/ Margaret Carter, Clerk

cc:    Miriam Conrad
David I. Bruck
Judith H. Mizner
Timothy G. Watkins
William W. Fick
Judy Clarke
William D. Weinreb
Dina Michael Chaitowitz
Aloke Shankar Chakravarty
Donald L. Cabell
Nadine Pellegrini
Steven D. Mellin
Matthew R Segal