No. 14-2362

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

In re:
DZHOKHAR TSARNAEV,
Petitioner

_____

**GOVERNMENT'S MOTION TO ENLARGE TIME
– to 10:00 a.m. on February 6 , 2015 –
FOR FILING ITS RESPONSE TO DEFENDANT'S
MOTION TO STAY JURY SELECTION AND
SECOND PETITION FOR WRIT OF MANDAMUS**

The United States of America, by and through its undersigned attorneys, respectfully moves this Court to enlarge the time for filing its response to the defendant's motion to stay jury selection and second petition for a writ of mandamus until February 6, 2015 at 10:00 a.m., and for filing a sealed appendix to February 6, 2015, at 11:00 a.m.  In support thereof, the government states the following:

1.    The petitioner, Dzhokhar Tsarnaev, filed his 44-page petition for mandamus on February 3, 2015, at 5:00 p.m. At approximately 7:30 p.m., the Court ordered the government to respond by February 5, 2015 – less than 48 hours later.

2.    Tsarnaev's petition quotes extensively from the nearly 1,350 27-page jury questionnaires in this case, as well as from the transcripts of in-court voir dire.

3. The length of Tsarnaev's petition, the government's need to conduct its own analysis of the jury questionnaires and voir dire transcripts, the prosecutors' need to participate in ongoing daily voir dire proceedings, and the government's need to file a sealed appendix, have all impeded and delayed the government's ability to file a response.

3. In view of the foregoing, the government respectfully requests an enlargement of time until February 6, 2015, at 10:00 a.m., in which to file its response to defendant's petition and motion to stay jury selection, and an enlargement of time until February 6, 2015, at 11:00 a.m., in which to file a sealed appendix to its response.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

## **Certificate of Service**

I, William D. Weinreb, AUSA, certify that on February 5, 2015, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system: Miriam Conrad, Esq., William W. Fick, Esq., Timothy Watkins, Esq.

                                           */s/   William D. Weinreb*