# United States Court of Appeals
## For the First Circuit

No. 15-1170

IN RE: DZHOKHAR TSARNAEV

Petitioner

**ORDER OF COURT**

Entered: February 5, 2015

The government's motion for an extension of time to file its response to the mandamus petition and accompanying appendix, and its response to the motion to stay, is granted as follows: the government shall file its response and appendix no later than February 6, 2015, at 9:30 a.m.

By the Court:

/s/ Margaret Carter, Clerk

cc:    Miriam Conrad
       David I. Bruck
       Judith H. Mizner
       Timothy G. Watkins
       William W. Fick
       Judy Clarke
       William D. Weinreb
       Dina Michael Chaitowitz
       Aloke Shankar Chakravarty
       Donald L. Cabell
       Nadine Pellegrini
       Steven D. Mellin
       Matthew R Segal