# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

Appeal No. 15-1170

IN RE: DZHOKHAR TSARNAEV,
Defendant/Petitioner

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX UNDER SEAL

The United States of America hereby moves this Court for leave to file the accompanying supplemental appendix under seal. The supplemental appendix under seal includes materials filed under seal in the district court which the government believes will be helpful to the Court Of Appeals in its resolution of the issue presented in the defendant's petition for a writ of mandamus.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ *William D. Weinreb*
WILLIAM D. WEINREB
Assistant U.S. Attorney

1

## Certificate of Service

I, William B. Weinreb, AUSA, hereby certify that on February 6, 2015, I caused a copy of this motion, and a copy of the supplemental appendix under seal, by first-class mail on the following defense counsel:

Judith H. Mizner, Esq.
William W. Fick, Esq.
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210

In addition, I certify that on February 5, 2015, I caused a copy of this document and a copy of the supplemental appendix under seal to be served in hand on the district court:

*/s/ William D. Weinreb*
WILLIAM D. WEINREB
Assistant U.S. Attorney