# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

Appeal No. 15-1170

IN RE: DZHOKHAR TSARNAEV,
Defendant/Petitioner

## GOVERNMENT'S MOTION FOR LEAVE TO FILE GOVERNMENT'S OPPOSTION TO MANDAMUS PETITION UNDER SEAL

The United States of America hereby moves this Court for leave to file its opposition to the defendant's second petition for a writ of mandamus under seal. In support of this motion, the government states that (1) its opposition refers to material that has been ordered sealed by the district court; and (2) it will also electronically file a redacted version of the brief.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ *William D. Weinreb*
WILLIAM D. WEINREB
Assistant U.S. Attorney

1

## Certificate of Service

I, William B. Weinreb, AUSA, hereby certify that on February 6, 2015, I caused a copy of this motion to be served by first-class mail on the following defense counsel:

Judith H. Mizner, Esq.
William W. Fick, Esq.
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210

In addition, I certify that on February 5, 2015, I caused a copy of this motion to be served in hand on the district court:

*/s/ William D. Weinreb*
WILLIAM D. WEINREB
Assistant U.S. Attorney