# United States Court of Appeals
## For the First Circuit

———————————

No. 15-1170

IN RE: DZHOKHAR TSARNAEV

Petitioner

———————————

Before

Lynch, <u>Chief Judge</u>,
Torruella, Howard, Thompson,
Kayatta and Barron, <u>Circuit Judges</u>.

———————————

**ORDER OF COURT**

Entered: February 14, 2015

The motion for rehearing en banc of the motion for stay of jury selection and for initial hearing en banc of the second petition for writ of mandamus is denied.

TORRUELLA, <u>Circuit Judge</u>, dissenting.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:     Honorable George A. O'Toole
        Robert Farrell, Clerk of Court
        Miriam Conrad
        David I. Bruck
        Judith H. Mizner
        Timothy G. Watkins
        William W. Fick
        Judy Clarke
        William D. Weinreb
        Dina Michael Chaitowitz
        Aloke Shankar Chakravarty
        Nadine Pellegrini
        Steven D. Mellin
        Matthew R Segal
        Jonathan M. Albano
        Emma D. Hall