UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

No. 15-1170
_____

In re
DZHOKHAR TSARNAEV,
Petitioner
_____

## MOTION TO SUBMIT 28j LETTER UNDER SEAL

Pursuant to Rule 11.0(c) of the Rules of this Court, Petitioner, Dzhokhar Tsarnaev, requests that this Court grant leave to file a letter pursuant to Rule 28j of the Federal Rules of Appellate Procedure under seal.

As grounds for this motion undersigned counsel state the following:

1. The letter contains information that is relevant to this morning's argument, but remains sealed pursuant to an order of the district court.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys,

/s/ *Judith Mizner*
Judith Mizner (1st Cir. No. 11056 )
William W. Fick (1st Cir. No. 82686)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
JUDITH_MIZNER@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

    I, Judith Mizner, hereby certify that I have served a copy of this motion on counsel for the United States by delivering copies to AUSA Dina Chaitowitz and to AUSA William Weinreb, United States Attorney's Office, Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210 on this 19th day of February, 2015.

                                        /s/ *Judith Mizner*