UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 15-1170

In re
DZHOKHAR TSARNAEV,
Respondent

**MOTION TO SUBMIT RULE 28(j) LETTER UNDER SEAL**

Pursuant to Rule 11.0(c) of the Rules of this Court, Respondent, United States of America, requests that this Court grant leave to file a letter pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure under seal.

As grounds for this motion, undersigned counsel state the following:

1. The letter contains information that is relevant to this morning's argument, but remains sealed pursuant to an order of the district court.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
WILLIAM D. WEINREB
Assistant U.S. Attorney

**Certificate of Service**

I, William Weinreb, Assistant U.S. Attorney, hereby certify that on February 19, 2015, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system: Judith Mizner, Esq.

/s/ William D. Weinreb
WILLIAM D. WEINREB
Assistant U.S. Attorney