# United States Court of Appeals
## For the First Circuit

––––––––––––––––––––

No. 15-1170

IN RE:  DZHOKHAR TSARNAEV

Petitioner

––––––––––––––––––––

**ORDER OF COURT**

Entered: February 20, 2015

The parties' motions to seal their respective Rule 28(j) letters are allowed.


By the Court:

/s/ Margaret Carter, Clerk


cc:     Miriam Conrad
        David I. Bruck
        Judith H. Mizner
        Timothy G. Watkins
        William W. Fick
        Judy Clarke
        William D. Weinreb
        Dina Michael Chaitowitz
        Aloke Shankar Chakravarty
        Nadine Pellegrini
        Steven D. Mellin
        Matthew R Segal
        Jonathan M. Albano
        Emma D. Hall