UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 15-1170
_____

In re
DZHOKHAR TSARNAEV,
Petitioner

_____

## MOTION TO SUBMIT 28j LETTER UNDER SEAL

Pursuant to Rule 11.0(c) of the Rules of this Court, Petitioner, Dzhokhar Tsarnaev, requests that this Court grant leave to file a letter pursuant to Rule 28j of the Federal Rules of Appellate Procedure under seal.

As grounds for this motion undersigned counsel state the following:

1. The letter contains information updating the information in the 28j letter filed on February 19, 2015 that remains sealed pursuant to an order of the district court.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys,

/s/ *Judith Mizner*
Judith Mizner (1st Cir. No. 11056 )
William W. Fick (1st Cir. No. 82686)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061

JUDITH_MIZNER@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I, Judith Mizner, hereby certify that I have served a copy of this motion on counsel for the United States by delivering copies to AUSA Dina Chaitowitz and to AUSA William Weinreb, United States Attorney's Office, Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210 on this 26th day of February, 2015.

/s/ *Judith Mizner*