# United States Court of Appeals
## For the First Circuit

————————————

15-1170

IN RE DZHOKHAR TSARNAEV,

Petitioner.

————————————

**JUDGMENT**
**Entered: February 27, 2015**

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The Second Petition for mandamus is denied.

By the Court:
/s/ Margaret Carter, Clerk

cc: Hon. George A. O'Toole, Mr. Robert M. Farrell, Ms. Judith Mizner, Ms. Miriam Conrad, Mr. David I. Bruck, Mr. Timothy G. Watkins, Mr. William W. Fick, Ms. Judy Clarke, Mr. William D. Weinreb, Ms. Dina Michael Chaitowitz, Mr. Aloke Shankar Chakravarty, Mr. Donald L. Cabell, Ms. Nadine Pellegrini, Mr. Steven D. Mellin, Mr. Matthew R Segal, Mr. Jonathan M. Albano & Ms. Emma D. Hall.